**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>   Reorganized Debtor. | Chapter 11<br><br>Case No. 01-01139 (AMC)<br>(Jointly Administered) |
| W.R. GRACE & CO., *et al.*,<br><br>   Plaintiff,<br><br>v.<br><br>ANDREW R. VARA, in his official capacity as the United States Trustee for Region 3; TARA TWOMEY, in her official capacity as Director of the United States Trustee Program; and the UNITED STATES TRUSTEE PROGRAM,<br><br>   Defendants. | Adv. Pro. No. 23-50587 (AMC) |

**ORDER APPROVING STIPULATION FOR STAY**

This Court having considered the *Stipulation for Stay* (the "Stipulation") between the Plaintiff and Defendants, attached hereto as **Exhibit 1**; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED:

1.    The Stipulation is APPROVED.

2.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

**The Honorable Ashely M. Chan
United States Bankruptcy Judge**

**Dated:** October 16, 2023

**Exhibit 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 01-01139 (AMC)<br>(Jointly Administered) |
| W.R. GRACE & CO., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW R. VARA, in his official capacity as the United States Trustee for Region 3; TARA TWOMEY, in her official capacity as Director of the United States Trustee Program; and the UNITED STATES TRUSTEE PROGRAM,<br><br>Defendants. | Adv. Pro. No. 23-50587 (AMC) |

**STIPULATION FOR STAY**

WHEREAS, on September 29, 2023, the Supreme Court of the United States granted the petition for a writ of certiorari in *Office of the United States Trustee v. John Q. Hammons Fall 2006, LLC*, Case No. 22-1238 (U.S.) ("Hammons");

IT IS HEREBY STIPULATED AND AGREED, by and between (a) Plaintiff W.R. Grace & Co., et al. (the "Plaintiff"); and (b) Defendants Andrew R. Vara, in his official capacity as the United States Trustee for Region 3; Tara Twomey, in her official capacity as Director of the Executive Office for United States Trustees; and the United States Trustee Program (each a "Defendant" and together the "Defendants"), subject to approval of the Court, that the above-captioned adversary proceeding (including Defendants' obligation to answer/respond to the

complaint, *Plaintiff's Motion for Summary Judgment* [D.I. 6], and any briefing deadlines related to the motion for summary judgment) is stayed until the earlier of: (i) the Supreme Court of the United States renders a decision in *Hammons*; or (ii) June 30, 2024.

Upon the termination of the stay, the Parties shall request a hearing no later than fourteen days after the date of termination.  Within seven days prior to the date of such hearing, the Parties shall jointly file a proposed scheduling order to resolve this Adversary Proceeding.  If the Parties are unable to reach agreement, then they shall each file separate proposed scheduling orders.  Any proposed scheduling order shall set, among other deadlines, new dates to answer or respond to the complaint and to respond to the motion for summary judgment.

The stay may be terminated prior to such time, and the related deadlines reset (including Defendants' deadline(s) to answer/respond to the complaint and the deadlines associated with the motion for summary judgment), or the stay may be extended upon entry of an order by this Court: (i) pursuant to written agreement of the parties, filed with this Court; or (ii) upon motion of a party, on notice.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Date:  October 13, 2023

By:  */s/ James E. O'Neill*
Laura Davis Jones
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com

– and –

Roger J. Higgins
THE LAW OFFICES OF ROGER HIGGINS, LLC
516 N. Ogden Ave.
Suite 136
Chicago, IL 60642
rhiggins@rogerhigginslaw.com

*Counsel to Plaintiff*

By:  */s/ Richard L. Schepacarter*
Richard L. Schepacarter
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
richard.schepacarter@usdoj.gov

-and-

Frederick Gaston Hall
Trial Attorney
Department of Justice
Executive Office for
  United States Trustees
441 G Street, N.W., Suite 6150
Washington, DC 20530
Tel: (202) 307-1399
Fax: (202) 307-2397
Frederick.G.Hall@usdoj.gov

-and-

Sandra Nicholls
Trial Attorney
Department of Justice
Office of the United States Trustee
U.S. Courthouse
One Exchange Terrace, Suite 431
Providence, RI 02903
Tel: (401) 528-5551
Fax: (401) 528-5163
Sandra.Nicholls@usdoj.gov

*Counsel to Defendants*